# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

POM OF PENNSYLVANIA, LLC : No. 11 EAP 2023

v.

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, AND CITY OF PHILADELPHIA

APPEAL OF: PENNSYLVANIA GAMING CONTROL BOARD

## ORDER

**PER CURIAM** **DECIDED: July 21, 2023**

**AND NOW,** this 21st day of July, 2023, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 723(a) (limiting this Court's jurisdiction to "appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court"); Pa.R.A.P. 341(b)(1) (defining a final order as one that "disposes of all claims and of all parties"); Pa.R.Civ.P. 232(a) ("A discontinuance or nonsuit shall not affect the right of the defendant to proceed with a counterclaim theretofore filed."). *Cf. Melvin v. Doe*, 836 A.2d 42, 44 n.4 (Pa. 2003) ("[A]n order denying a motion for summary judgment does not terminate the litigation, and thus is not an appealable order.").

The Application for Leave to File Answer to Jurisdictional Statement *Nunc Pro Tunc* is DISMISSED as moot.